# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### Case No.

ANAHATA GRACELAND,
an individual,

      Plaintiff,

v.

PLUTUS ENTERPRISES LLC d/b/a OPM
WEALTH, an Alabama limited liability company;
FLOYD SCOTT AGEE, JR., an individual;
STEFAN DESSALINES, an individual;
7TH LEVEL COMMUNICATIONS, LLC,
a Missouri limited liability company; and
JUSTIN VERRENGIA, an individual.

      Defendants.

_____/

## COMPLAINT

Plaintiff, ANAHATA GRACELAND ("Plaintiff"), by and through undersigned counsel, files this action against PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH ("OPM Wealth"), FLOYD SCOTT AGEE, JR., STEFAN DESSALINES, 7TH LEVEL COMMUNICATIONS, LLC, and JUSTIN VERRENGIA (collectively, "Defendants").

## I.    INTRODUCTION

1.    OPM Wealth is an unlawful, fraudulent pyramid scheme which preys on individuals seeking to gain financial independence by promising exponential income generation in the uncharted world of cryptocurrency.

2.    So inherent is the fraud within this scheme, that the founders aptly named "OPM Wealth," with the abbreviation "OPM" standing for "Other People's Money," and use other people's money they did—regrettably, for their own personal gain without any regard for the

1

countless consumers they swindled.

3.     Defendants used, and continue to use, online advertisements, social media, virtual events, and promotors to market OPM Wealth's self-described "high ticket sales model" "known as a digital franchise system focusing on Other People's Money (OPM) designed to bring [consumers] #wealth and #freedom." (*See* OPM Wealth's homepage attached hereto as **Exhibit A** at *1; *see also OPM Wealth: Inside Look at Other People's Money Business Plan*, gainbitcoin.com (Oct. 12, 2019), https://gainbitcoin.com/opm-wealth/).

4.     OPM Wealth solicited potential consumers with promises of significant immediate income, claiming that by following OPM Wealth's "12/12 Plan" consumers would earn a six-figure income within twelve weeks and would achieve "financial freedom" within twelve months.

5.     Only after paying an initial buy-in costing tens of thousands of dollars and up, was OPM Wealth's true business model revealed—the only way to make money through OPM Wealth is by luring others into the program and earning commissions when these other individuals purchase costly "franchise" plans.

6.     In fact, based upon information and belief, nearly all consumers who joined OPM Wealth and purchase the costly OPM Wealth "franchise" and "advertising" plans lose all or most of the cryptocurrency they used to enroll.

7.     Regrettably, as set forth in greater detail below, Plaintiff, an elderly woman, was one such individual who Defendants scammed into purchasing OPM Wealth's most expensive "franchise" level, the so-called Zeus package, and most expensive advertising plan for 3.73958 Bitcoin, which has a current value of approximately $180,000.00.

## II.    **PARTIES**

8.      Plaintiff, ANAHATA GRACELAND, is a sixty-seven (67) year-old-woman and at all relevant times was a resident of Thurston County, Washington.

9.      Defendant, PLUTUS ENTERPRISES, LLC d/b/a OPM WEALTH, is a now-dissolved Alabama limited liability company with its principal place of business located at 10 Melissa Drive, Hayden, Alabama 35079.

10.     Defendant, FLOYD SCOTT AGEE, JR. ("Agee"), is an individual and resident of Cullman, Alabama, who, at all relevant times, owned OPM Wealth. Agee, acting alone or in concert with others, formulated, directed, controlled (or had the authority to control), and/or actively participated in the illegal acts and practices set forth in this Complaint.

11.     Defendant, STEFAN DESSALINES ("Dessalines"), is an individual and resident of California, who, at all relevant times, was the chief executive officer ("CEO") and public "face" of OPM Wealth. Dessalines, acting alone or in concert with others, formulated, directed, controlled (or had the authority to control), and/or actively participated in the illegal acts and practices set forth in this Complaint.

12.     Defendant, 7TH LEVEL COMMUNICATIONS, LLC ("7th Level"), is a Missouri limited liability company with its principal place of business located at 2144 East Republic Road, Suite B103, Springfield, Missouri 65804. Based upon information and belief, 7th Level's only member is JEREMY MINER ("Miner"), who is an individual and resident of Springfield, Missouri.

13.     Defendant, JUSTIN VERRENGIA ("Verrengia"), is an individual and resident of Pasco County, Florida, who, at all relevant times, was an affiliate of and promoter for OPM Wealth and, acting alone or in concert with others, targeted unsuspecting viewers of his various social

media platforms interested in cryptocurrency with false, fraudulent, and unlawful advertisements and information to lure them into the OPM Wealth scheme as set forth in this Complaint.

### III.   JURISDICTION AND VENUE

14.   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00, exclusive of interest, costs and attorneys' fees, and is an action between citizens of different states.

15.    This Court has personal jurisdiction over Defendants because (1) Defendants are operating, present, and/or doing business within this jurisdiction, (2) Defendants' illegal conduct occurred, among other places, within this jurisdiction, and (3) Defendant Verrengia is a resident of this jurisdiction.

### IV.   FACTUAL BASIS

### A.   OPM WEALTH'S FRAUDULENT "HIGH TICKET PRODUCTS"

16.   OPM Wealth is a purported multi-level marketing ("MLM") company founded, owned, and operated by Agee and Dessalines.

17.   Agee and Dessalines' created OPM Wealth as an unlawful, fraudulent pyramid scheme claiming to sell "high ticket products."

18.   These amorphous "high ticket products" are, in reality, the various membership levels of their so-called "Plutus Plan," which Defendants' referred to as "franchise" levels.

19.     As shown below, the "franchise" levels range from the Hermes level, beginning at $2,000.00, to the Zeus level, which cost an astounding $27,500.00.



20.     Agee and Dessalines advertise and promise consumers that, in exchange for purchasing a Plutus Plan membership, they will receive (1) "digital products . . . geared towards [consumer's] success and to help [consumer's] become better in all aspects of [their] lives . . . [f]rom business, to health, to mindset" and (2) physical products, including "a cool back back [sic]," a wireless charger, wireless headphones, a Kindle Fire, and a laptop. (*See* Plutus Plan Guide attached hereto as **Exhibit B** at *6, 19).

21.     Agee and Dessalines had no intentions of ever delivering either digital or physical products and merely market these items to prospective consumers as a deceptive tactic to appear as if they were remaining "compliant with current regulations," which they openly admit in promotional materials. (*See* Exhibit B at *19).

22.     Agee and Dessalines did not, and do not, care whether purchasers of the Plutus Plan ever received any of the promised digital or physical products because those products had no or minimal economic value.

23.     Instead, the only value OPM Wealth offers is the commissions one could receive for recruiting others to purchase into the Plutus Plan, which is the very definition of a pyramid scheme.

24.     To understand the full scope of the OPM Wealth scheme, it is critical to understand its compensation structure.

B.      **OPM WEALTH'S COMPENSATION STRUCTURE**

25.     OPM Wealth operates on a unique and self-described "1 Up – Compensation structure."

26.     As one can imagine from looking at the below chart which OPM Wealth includes in its promotional materials, OPM Wealth's "compensation structure" is illogical and designed to pressure potential consumers to purchase the highest possible membership level so as not to "miss" commissions—thereby putting more money in Defendants' pockets.



(Exhibit B at *23).

27.     OPM Wealth explains its compensation plan using the following example of someone who purchased the Athena membership for $8,500.00:

> Let's say that you joined this business and you decided to start at the $8500 level. You also decided that you wanted to speed up the process, so you purchased the product and you are now considered a paid affiliate.
>
> Then let's say that advertising has started for you and some people are showing interest. In this example, the first person who joins with the help of our sales team, also decides to start at the $8500 level. 60% of that first sale would pass up to your sponsor and 10% to their sponsor and now you re qualified to make sales at the $8500 level.

Now let's say that two more people decide to join the business and buy the franchise from you through our sales team. Person number one decides to join at the $5000 level. Person two decided to join at the $14500 level. Here's what would happen.

For person number one, you would make (60%) $3000 when your sales team closes the sale for you. (10%) $500 would go to your sponsor.

For person 2, you would make (60%) of $8500 which is $5100, and (10%) $1450 passes to your sponsor if they are qualified at $14,500. The remainder would also pass up to the next person above you in the compensation plan that is qualified to the $14,500 level. That is why you should consider getting qualified to the top level.

Once you are qualified at the top level, you would then never miss a commission on any level.

Although 99% of the affiliates use the sales team. If you decide to, you do have the option of closing your own sales and receiving 80% rather than 60% of the commissions

(Exhibit B at *23–24).

28.     In other words, by OPM Wealth's own admission, between sixty and eighty percent of sale proceeds are purportedly being paid to affiliates for recruiting others to purchase into the Plutus Plan.

29.     However, while the compensation structure alone certainly entices some to buy into the Plutus Plan, Defendants' most egregious conduct involves the way in which they lure potential consumers into the scheme using false, fraudulent, and deceptive marketing tactics as described below.

## C.     DEFENDANTS' FALSE, FRAUDULENT, AND DECEPTIVE MARKETING

30.     As mentioned above, despite the fact that none of the digital or physical products offered by OPM Wealth are income producing, Defendants' main marketing scheme promises potential consumers that, if they become affiliates of OPM Wealth, they will be given a "system,"

which Dessalines claims to have created.

31.     According to Dessalines, he based OPM Wealth's "system" on what Defendants'
advertise and market as the "12/12 Plan"—promising "12 Weeks to 6-Figures / 12 Months to
Financial Freedom."



32.     In OPM Wealth's own promotional materials, Dessalines unequivocally states, "the
way you will be generating your revenue is through a 'digital franchise' with some additional
income streams," which will conservatively generate $2,000.00 to $22,000.00 in commissions per
sale of a Plutus Plan "franchise" level for affiliates.

33.     Dessalines has frequently gone even further assuring potential affiliates these
numbers are "extremely conservative."

34.     Despite the compensation structure described above, in other promotional materials, Dessalines also promises potential affiliates that, if the affiliate makes a sale on his or her own, they will earn one hundred percent of the sales commissions, and, if the affiliate allows OPM Wealth's team of closers to make the sale for them, the affiliate will earn seventy percent of the sales commissions.

**Digital Franchise Sales**
Simple Example

| 100% Commission | 70% Commission |
|---|---|
| $6500 Per Sale 3 Sales Per month $19,500 | $4550 Per Sale 3 Sales Per month $13,650 |
| $5000 – Advertising | $5000 – Advertising |
| **$14,500 – Profit/month** | **$8650 – Profit/month** |

35.     This was not mere puffery or only provided for demonstrative purposes as OPM Wealth "double downs" on these claims with what they represent to be "real numbers."

**REAL NUMBERS**

| | |
|---|---|
| Ad Budget $5000 | Ad Budget $5000 |
| $100 per QUALITY Lead | $100 per QUALITY Lead |
| 50 Quality Leads | 50 Quality Leads |
| 10% Closing Ratio | 10% Closing Ratio |
| 5 Sales | 5 Sales |
| $6500 Average | $4550 Average |
| $32,500 | $22,750 |
| Subtract $5000 | Subtract $5000 |
| **$27,500/Month/330k YR** | **$17,750/Month/213k YR** |

36.     Defendants also promise potential affiliates that the Plutus Plan comes with a "Done For You Sales Funnel" and a "Done For You Closing Team," which are "completely free." (Exhibit B at *24–25).

37.     Those promises, like everything else about OPM Wealth, are not true.

38.     Instead, Defendants pressure affiliates to purchase "traffic/advertising" plans, costing as much as an additional $10,000.00, which will purportedly give affiliates access to the OPM Wealth "official sales funnel" and access to OPM Wealth's "high level closing team." (Exhibit B at *25).

39.     OPM Wealth represents that its "traffic/advertising" plans will result in qualified leads at a rate of approximately $100.00 per qualified lead or lower—meaning, if an affiliate purchases a $10,000.00 "traffic/advertising" package, OPM Wealth would generate 100 qualified leads for the affiliate, which would be directed to an OPM Wealth "coach" to close the sale on the affiliate's behalf.

40.     The "traffic/advertising" packages are set to be delivered within sixty days in full.

41.     OPM Wealth further promises that its "coaches" close sales at a rate ranging from ten percent as shown in the "Real Numbers" graphic above, which Defendants regularly state is an "extremely conservative" estimate, to an astounding thirty percent.

42.     To create this team of OPM Wealth "coaches," Agee and Dessalines employed Miner and his company, 7th Level, whose sales team comprises the purported "high level closing team."

43.     Although Defendants' referred to Miner's team of salespeople as "coaches," they are not, in fact, coaches at all.

44.     Instead, Miner and his "coaches" are strictly salespeople whose sole goal is to convince potential consumers they will earn money from purchasing a Plutus Plan "franchise" level—going so far as to push potential consumers to obtain loans from financial institutions in order to cover the costs—knowing full well affiliates will make no money from the scheme.

D.     **CRYPTOCURRENCY**

45.     One of the most unique characteristics of the OPM Wealth scheme is the fact that consumers are forced to use cryptocurrency, specifically Bitcoin, to buy into the program.

46.     Defendants claim that they do this because they are a tech forward company and want to be able to pay commissions quicker than traditional fiat banking will allow.

47.     However, the real reason Defendants require payment in Bitcoin is to avoid banking regulations and to ensure they never have an issue with a bank account being closed, which Miner and Verrengia have publicly discussed being an issue with other MLM companies.

E.     **OPM WEALTH'S FRAUDULENT SOLICITATION OF PLAINTIFF**

48.     Plaintiff is an elderly woman and cryptocurrency enthusiast who closely follows cryptocurrency-related trends and news.

49.     One source of Plaintiff's cryptocurrency news is Verrengia and his YouTube account, "Crypto News Alert."

50.     For months, Verrengia promoted and endorsed OPM Wealth on Crypto News Alert and other platforms, encouraging his viewers to enroll in the program and list him as their "sponsor," so that he would receive the commission for the new sale.

51.     From July to August 2020, Plaintiff observed countless of Verrengia's videos and endorsements of OPM Wealth, in which he promised, among other things, that OPM Wealth would afford its affiliates financial freedom.

52.     In August 2020, Plaintiff regrettably clicked Verrengia's OPM Wealth promotional link and became ensnared in the OPM Wealth sales funnel, where she was promised all of the above and more.

53.     After progressing through all steps of OPM Wealth's onboarding steps, in or around

September 2020, Plaintiff purchased OPM Wealth's most expensive "franchise" level, the so-called Zeus package, for 3.73958 Bitcoin and the $10,000.00 "traffic/advertising" package.

54.     Despite OPM Wealth's grandiose claims, Plaintiff never received a single dollar, or more appropriately Bitcoin, despite being in the highest "franchise" level with the best and most expensive "traffic/advertising" package.

55.     Defendants took advantage of Plaintiff, in part, because of her advanced age and vulnerable condition with promises that she would receive substantial income by investing with OPM Wealth, which Plaintiff relied upon.

56.     Defendants' promises were untrue, fraudulent, deceptive, and illegal, causing Plaintiff substantial financial harm.

## V.     CAUSES OF ACTION

### COUNT I – VIOLATION OF
### FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT,FLA. STAT. §§ 501.201 - 501.213 ("FDUTPA") AGAINST ALL DEFENDANTS

Plaintiff re-alleges, and adopts by reference herein, Paragraphs 1–56 above, and further alleges:

56.     Florida's Deceptive and Unfair Trade Practices Act ("FDUPTA") is to be liberally construed to protect the consuming public, such as Plaintiff in this case, from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce.

57.     Plaintiff is a "consumer" within the meaning of Fla. Stat. § 501.203(7).

58.     Defendants engaged in "trade and commerce" within the meaning of Fla. Stat. § 501.203(8).

59.     Federal courts have defined a "deceptive trade practice" as any act or practice that

has the tendency or capacity to deceive consumers and have defined an "unfair trade practice" as any act or practice that offends public policy and is immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers.

60.     Defendants' acts and omissions of representing to Plaintiff that, among other things, Plaintiff would earn tens of thousands of dollars by buying into the Plutus Plan and purchasing a "traffic/advertising" package, constitute both deceptive and unfair trade practices because the false representations and omissions made by Defendants had a tendency or capacity to deceive consumers, such as Plaintiff, into unwittingly providing the property that fueled Defendants' fraudulent scheme and are immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers.

61.     As a result of Defendants' deceptive trade practices, Plaintiff was deceived into transferring her Bitcoin to Defendants for investment returns and products that were never delivered. The way Defendants had their scheme rigged, Plaintiff will most likely never receive fair (if any) monetary value for her Bitcoin—thus causing significant economic damage to Plaintiff.

62.     The materially false statements and omissions as described above and the fact that Defendants perpetrated upon Plaintiff a sham transaction constituted unfair, unconscionable, and deceptive practices perpetrated on Plaintiff, which would have likely deceived a reasonable person under the circumstances.

63.     Defendants were on notice at all relevant times that the false representations of material facts described above were being communicated to prospective consumers (such as Plaintiff) by their authorized agents to increase the revenue garnered by Defendants.

64.     As a result of the false representations described above, Plaintiff has been damaged

14

by, among other things losing her Bitcoin and being precluded from receiving a positive return on her investments.

65.     Plaintiff has also been damaged in other and further ways subject to proof at trial.

66.     Therefore, Defendants engaged in unfair and deceptive trade practices in violation of Fla. Stat § 501.201, *et seq*.

67.     At all times material hereto, OPM Wealth was an "alter ego" of Agee and Dessalines and served as a corporate entity they dominated and controlled to further their interest and participation in the illegal and fraudulent scheme.

68.     Pursuant to Fla. Stat. §§ 501.211(1) and 501.2105, Plaintiff is entitled to recover from Defendants the reasonable amount of attorneys' fees Plaintiff has had to incur in representing her interests in this matter.

WHEREFORE,  Plaintiff, ANAHATA GRACELAND, an individual, demands entry of a judgment against Defendants, PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH, FLOYD SCOTT AGEE, JR., STEFAN DESSALINES, 7TH LEVEL COMMUNICATIONS, LLC, and JUSTIN VERRENGIA, jointly and severally, for an amount within the jurisdictional limits of this Court, including an award of interest and an award of attorneys' fees and costs pursuant to Fla. Stat. §§ 501.211(1) and 501.2105. Plaintiff reserves the right to seek leave of court to assess punitive damages against Defendants, jointly and severally.

**COUNT II – FRAUDULENT INDUCEMENT AGAINST ALL DEFENDANTS**

Plaintiff re-alleges, and adopts by reference herein, Paragraphs 1–56 above, and further alleges:

69.     Defendants, by acts of both omission and commission, made false statements to Plaintiff concerning material facts about her purchase of the Zeus "franchise" level of the Plutus

Plan and the purchased "traffic/advertising" package including, *inter alia*, that Plaintiff would receive both digital and physical products and conservatively earn no less than $10,000.00 per month.  The aforementioned representations were made by Dessalines, Agee, Miner, and Verrengia both in their individual capacity and as a representative of OPM Wealth.

70.     Defendants knew at the time the statements were made that the statements were false.

71.     Defendants intended that Plaintiff would be induced into action by relying upon the statements of fact made to her by Defendants.

72.     In the course of transferring her Bitcoin to Defendants, Plaintiff reasonably and justifiably relied on the statements of fact made to her by Defendants.

73.     As a direct and proximate result of Plaintiff's reliance on the statements made to her by Defendants, Plaintiff has suffered damage.

WHEREFORE,  Plaintiff, ANAHATA GRACELAND, an individual, demands entry of a judgment against Defendants, PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH, FLOYD SCOTT AGEE, JR., STEFAN DESSALINES, 7TH LEVEL COMMUNICATIONS, LLC, and JUSTIN VERRENGIA, jointly and severally, for an amount within the jurisdictional limits of this court, including an award of interest and costs.  Plaintiff reserves the right to seek leave of court to assess punitive damages against Defendants, jointly and severally.

## COUNT III – VIOLATION OF FLORIDA'S CIVIL THEFT STATUTE
## FLA. STAT. § 812.014 AGAINST PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH
## AND JUSTIN VERRENGIA

Plaintiff re-alleges, and adopts by reference herein, Paragraphs 1–56 above, and further alleges:

74.     Fla. Stat. § 812.014 ("Theft") provides, in pertinent part:

16

(1) A person commits theft if he or she knowingly obtains or uses, or endeavors to obtain or to use, the property of another with intent to, either temporarily or permanently:

> (a) Deprive the other person of a right to the property benefit or a benefit form the property.

> (b) Appropriate the property to his or her own use or to the use of any person not entitled to the use of the property.

75.     Fla. Stat. § 772.11 ("Civil remedy for theft or exploitation") provides, in pertinent part:

> Any person who proves by clear and convincing evidence that he or she has been injured in any fashion by reason of any violation of ss. 812.012-812.037 or s. 825.103(1) has a cause of action for threefold the actual damages sustained and, in any such action, is entitled to minimum damages in the amount of $200, and reasonable attorney's fees and court costs in the trial and appellate courts. Before filing an action for damages under this section, the person claiming injury must make a written demand for $200 or the treble damage amount of the person liable for damages under this section. If the person to whom a written demand is made complies with such demand within 30 days after receipt of the demand, that person shall be given a written release from further civil liability for the specific act of theft or exploitation by the person making the written demand.

76.     As set forth above, Plaintiff has been injured by Defendants' violation of Fla. Stat. § 812.014, *et seq*.

77.     Defendants knowingly obtained or used, or endeavored to obtain or use, Plaintiff's property with "felonious intent," either temporarily or permanently, to deprive Plaintiff of her right to or a benefit from the property or appropriate the property to Defendants' own use or to the use of any person not entitled to the property.

78.     As of the date of filing this lawsuit—which is more than thirty (30) days after the date on which the written demand was served—Plaintiff's demands for delivery of her Bitcoin have gone unfulfilled, as Defendants have not delivered to Plaintiff either any of her Bitcoin or the

monetary value of Plaintiff's Bitcoin.

79.     As a direct and proximate result of Defendants' actions and omissions, Plaintiff has suffered damage.

80.     Pursuant to Fla. Stat. § 772.11, Plaintiff is entitled to recover from Defendants three times the current monetary value in compensatory damages for which Defendants would otherwise be liable.

81.     Moreover, pursuant to Fla. Stat. § 772.11, Plaintiff is entitled to recover from Defendants the reasonable amount of attorneys' fees Plaintiff has had to incur in representing her interests in this matter.

WHEREFORE, Plaintiff, ANAHATA GRACELAND, an individual, demands entry of a judgment against Defendants, PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH and JUSTIN VERRENGIA, jointly and severally, for an amount within the jurisdictional limits of this court, including an award of interest and an award of attorneys' fees and costs pursuant to Fla. Stat. § 772.11. Plaintiff reserves the right to seek leave of court to assess punitive damages against Defendants PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH and JUSTIN VERRENGIA jointly and severally.

### COUNT IV – VIOLATION OF
### FLORIDA'S EXPLOITATION OF AN ELDERLY PERSON STATUTE FLA. STAT. § 825.103 AGAINST PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH AND JUSTIN VERRENGIA

Plaintiff re-alleges, and adopts by reference herein, Paragraphs 1–56 above, and further alleges:

82.     Fla. Stat. § 825.103 ("Exploitation of an elderly person or disabled adult; penalties") provides, in pertinent part:

(1) "Exploitation of an elderly person or disabled adult" means:

(a) Knowingly obtaining or using, or endeavoring to obtain or use, an elderly person's or disabled adult's funds, assets, or property with the intent to temporarily or permanently deprive the elderly person or disabled adult of the use, benefit, or possession of the funds, assets, or property, or to benefit someone other than the elderly person or disabled adult, by a person who:

1. Stands in a position of trust and confidence with the elderly person or disabled adult; or

2. Has a business relationship with the elderly person or disabled adult[.]

83.     Fla. Stat. § 772.11 ("Civil remedy for theft or exploitation") provides, in pertinent part:

Any person who proves by clear and convincing evidence that he or she has been injured in any fashion by reason of any violation of ss. 812.012-812.037 or s. 825.103(1) has a cause of action for threefold the actual damages sustained and, in any such action, is entitled to minimum damages in the amount of $200, and reasonable attorney's fees and court costs in the trial and appellate courts. Before filing an action for damages under this section, the person claiming injury must make a written demand for $200 or the treble damage amount of the person liable for damages under this section. If the person to whom a written demand is made complies with such demand within 30 days after receipt of the demand, that person shall be given a written release from further civil liability for the specific act of theft or exploitation by the person making the written demand.

84.     As set forth above, Plaintiff has been injured by Defendants' violation of Fla. Stat. § 825.103.

85.     Defendants knowingly obtained or used, or endeavored to obtain or use, the property of Plaintiff, who is an elderly woman, with the intent to either temporarily or permanently deprive Plaintiff of her ability to use, benefit from, or possess the property.

86.     As of the date of filing this lawsuit—which is more than thirty (30) days after the

date on which the written demand was served—Plaintiff's demands for delivery of her Bitcoin have gone unfulfilled, as Defendants have not delivered to Plaintiff either any of her Bitcoin or the monetary value of Plaintiff's Bitcoin.

87.     As a direct and proximate result of Defendants' actions and omissions, Plaintiff has suffered damage.

88.     Pursuant to Fla. Stat. § 772.11, Plaintiff is entitled to recover from Defendants three times the current monetary value in compensatory damages for which Defendants would otherwise be liable.

89.     Moreover, pursuant to Fla. Stat. § 772.11, Plaintiff is entitled to recover from Defendants the reasonable amount of attorneys' fees Plaintiff has had to incur in representing her interests in this matter.

WHEREFORE, Plaintiff, ANAHATA GRACELAND, an individual, demands entry of a judgment against Defendants, PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH and JUSTIN VERRENGIA, jointly and severally, for an amount within the jurisdictional limits of this court, including an award of interest and an award of attorneys'fees and costs pursuant to Fla. Stat. § 772.11. Plaintiff reserves the right to seek leave of court to assess punitive damages against Defendants PLUTUS ENTERPRISES LLC d/b/a OPM WEALTH and JUSTIN VERRENGIA jointly and severally.

## PLAINTIFF DEMANDS FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure Rule 38, Plaintiff demands a trial by jury in this action of all issues so triable.

## <u>RESERVATION OF RIGHTS</u>

Plaintiff reserves her right to further amend this Complaint, upon completion of her investigation and discovery, to assert any additional claims for relief against Defendants or other parties as may be warranted under the circumstances and as allowed by law.

Dated: October 1, 2021                                     Respectfully submitted,

CORPION LEGAL GROUP, P.A.
*Attorneys for Plaintiff*
78 SW 7th St., 8th Floor
Miami, Florida 33131
Telephone: 1 (833) 545-7526

By:   s/ Kristen A. Corpion, Esq.
KRISTEN A. CORPION, ESQ.
Florida Bar No. 106904
Email - Kristen@corplaw.us
ANDREW T. SARANGOULIS, ESQ.
Florida Bar No. 1002608
Email - Andrew@CORPlaw.us

CORPION LEGAL GROUP, P.A.
Email - Assistant@corplaw.us

# EXHIBIT A

# OPM Wealth



OPMLander1

**Here are some of the official OPM Wealth pages.**

**OPM Wealth Facebook Page:** OPM Wealth Facebook (https://www.facebook.com/OPMwealth/)

Inside the **OPM Wealth** high ticket sales model, you'll learn everything needed to get started and earn cryptocurrency. In case you have been under a rock in the last 10 years, bitcoin and cryptoassets have been one of the most disruptive and lucrative assets in the last decade…OPM Wealth Review & Business Plan (https://gainbitcoin.com/opm-wealth/)

Wise words and I can tell you that they are absolutely true. I can tell you because I've been doing this for years, that there were people who purchased products from me or joined me in business after years of me staying in communication with them via email…

OPM Wealth Squarespace: opmwealth.squarespace.com (http://opmwealth.squarespace.com)

**Bitcoin Criptocurrency say this:** https://bitcoincryptocurrency.com/opm-wealth-plutus-plan/  <- OPM Wealth (https://bitcoincryptocurrency.com/opm-wealth-plutus-plan/)

We would like for you to come by and join our LinkedIn Page (https://www.linkedin.com/in/opm-wealth).

The Benefits of Utilising Other People's Money

OPM buys you time; it enables you do things before you would otherwise be able to do them. It allows you participate in deals your own resources don't allow you to do. It enables you make choices you couldn't otherwise make. It takes the average person many, many years to accumulate wealth or build a business entirely from their own resources. By utilizing the power of Other People's Money you can fast-track your

personal wealth building or the growth of a business. Importantly, your personal wealth building is no longer limited to what you have been able to save and invest from your earned income. OPM Wealth Business (http://businesstm.com)

© 2021 OPM Wealth, All Rights Reserved | Powered by OPMWealth.com (http://opmwealth.com/opm-wealth)

footnote: OPM Wealth (http://businesstm.com)

# EXHIBIT B



*Plutus* is the Greek God of wealth. We named this project *Plutus Plan* because the goal is to bring more <u>wealth</u> into all of our lives. By wealth, we actually mean your ability to live a richer and fuller life in all aspects. Not just monetarily.

***Eleutheria*** means FREEDOM.

Each and every one of us has a gift or something that we have a true passion for. The reality is that in our current environment, generating consistent monetary wealth gives us the ability to explore our gifts,

pursue our passions and live a much fuller life of **FREEDOM** and bring more happiness into our lives. More than anything else, that's what this project is about.

Are you familiar with the **"Cashflow Quadrant"** that was coined by the famous author and investor **Robert Kyosaki**? It's also a great book that you should read if you have not already.

This is what the Cashflow Quadrant looks like.



The goal for Plutus Plan is to help as many of us to get from the left side of the quadrant to the right side.

This plan all starts with generating **consistent cash flow**. I know that sounds very simplistic and it is actually, but when it comes to generating income from home. The consistency is where many people struggle.

Because of the Plutus Plan model and the industries we are in, consistency is no longer an issue and this business has the potential to run for decades.

In order to keep the integrity of this project intact, we have implemented the following features.



1. **All purchases that are made on this platform are only to be made using cryptocurrency.** There are a number of reasons for this. First, it allows us to keep consistent with the freedom and liberty that the model of peer to peer transactions provides.

   We feel that cryptocurrency/digital currency is the future and will be the format for all monetary transactions in the future. While it may make things a bit more difficult for some to join, it also insulates this project making it safe for long term growth.

For those of you who are completely unfamiliar with cryptocurrency. Let's just start out with Bitcoin. Most of you will have heard of it, but for those that have not. Here are a couple of videos that you can watch to get a basic understanding of what cryptocurrency is. Bitcoin was the first cryptocurrency and so understanding it will help you begin your education.

The first video is a talk by Andreas Antonopoulos, one of the top authorities on Bitcoin in the world. If you don't know anything about Cryptocurrency and bitcoin, it's a great place to start. The second video get's a bit more technical on how the technology actually works.

## Introduction to Bitcoin
https://www.youtube.com/watch?v=l1si5ZWLgyo

## How Bitcoin Works in 5 Minutes (Technical)
https://www.youtube.com/watch?v=l9jOJk3oeQs

In order to join Plutus Plan you'll need to have cryptocurrency and load it into your account. **Instructions on how to do that are in the members area.**

The current forms of cryptocurrency that we accept, are:

Bitcoin/BTC
Ethereum/ETH
Litecoin/LTC

There may be more types of cryptocurrency added later and they will be listed in the platform itself when customers go to purchase products.

If you don't already have the cryptocurrency necessary to purchase one of the product packages, then you'll need to get some.

Again, there are several videos inside of the members area showing you how to do this.

# Digital Products −

The digital products offered in The Plutus Plan cover a wide variety of topics. All products are geared towards your success and to help you become better in all aspects of your life. From business, to health, to mindset.

**DIGITAL MARKETING**



**Facebook (PPC)** - Discover how to generate more traffic and leads by creating Facebook ad campaigns. Also, learn how to use Facebook live for to deliver more content directly to prospects.

**Instagram (PPC)** - Discover how you can turn Instagram into a constant profit-pulling machine by building a brand people want to follow.

**Youtube (Video Marketing)** – If you want to take advantage of live video streaming platform, this is the place to begin. Use Youtube Video for SEO for your platforms. Use video to create power sales letters for your business. Launch and new product or business with video.

**Periscope** – Learn how you can start generating a steady flow of targeted traffic with the power of live video streaming and Periscope.

**Bing** – Discover how Bing Ads can do wonderful things for your business and send a huge amount of targeted traffic to your website.

**SEO** – Discover the best keywords for your niche, use fast backlinking methods. Truly understand search traffic. How to discover the best hidden niches in your market.

And much more.....

## GENERAL BUSINESS



**Amazon** - Start a business or grow your own business by dominating Amazon.

**Drop Shipping** - Some consider dropshipping to be the ultimate business model. Discover how to start your own profitable dropshipping business. Work from home and fulfill customer orders without ever storing a single product.

**Local Lead Generation** - Leads are the lifeblood of every business. Discover over a dozen ways to generate local business leads.

**Time Management** – Discover the secrets to the one thing that we all never get back. (Time) Once you've gained better control of your time you can live a much more empowered life.

**Consulting** – How to become a high demand consultant and use your existing skills to build a great career.

And much more........

## REAL ESTATE INVESTING



**Real Estate Flipping** – Get started investing in real estate by flipping properties for cash.

**Newbies Strategies For Real Estate** –  Discover the secrets of investing in residential homes, apartment buildings or commercial real estate.

**Live Zoom Sessions** – As we personally invest in real estate, we hold live zoom sessions to show what we are doing and how we are profiting.

## Trading The Markets (Crypto & More)



**Cryptocurrency Trading & Mining** – How to trade in cryptocurrencies and mine a variety of cryptocurrencies. Some are definitely easier than others.

**Winning with Bitcoin** – An overall education on Bitcoin (BTC) with instructions on how to mine it. Predictions on the future of Bitcoin.

**Winning with Ethereum** – A basic education on Ethereum (ETH) and predictions for its future.

**Working with Litecoin** – Learn all about Litecoin (LTC) and discover how to mine for it.

**Working with Ripple** – Ripple also known as the symbol (XRP) is a cryptocurrency which is cheap relative to other cryptocurrencies. Discover how to generate the create the crypto. It's like printing money.

**(Live Zoom Sessions)** Watch as we trade the Cryptocurrency and Forex markets

**Fitness**



**HiiT Training** – High Intensity Interval Training has become one of the most popular strength and conditioning programs.

**Functional Strength** – This type of exercise is less about 6 pack abs or a chiseled chest. Functional strength is more about exactly what it sounds like. Building strength that you can use in your everyday life.

**Running** – Running is one of the most popular fitness activities in the world. There is a lot of information available when it comes to running. Or it can be as simple as putting on a pair of running shoes and getting out the door.

**Pilates** – If you are looking for a very low impact exercise that focuses mainly on your core. Pilates is definitely something that you will want to take a look at.

## Health



**Healthy Eating** – Change your life and start eating healthy consistently. How to overcome the desire for eating crappy food and make healthy eating the new way you live your life.

**Living with a Vegan Diet** – Many have made the switch to a vegan diet and some people swear by it and will never go back. Learn all there is to know about the vegan diet and all of the benefits that it can provide for you.

**Anti Aging** – Is there are fountain of youth? Maybe not, but there has been much research done that can make it seem like there is. Find out all about it.

**Brain Health** – Learn how you can nurture & nourish your brain for peak performance and get the most out of your body's most powerful organ.

**Fat Burning** – Learn how to burn fats and lose weight the natural and healthy way and get the lean shapely body that you've always wanted.

And much more.....

**Personal Development**



**Kaizen** – A Japanese management strategy that can be incorporated into all areas of your life, from work situations to personal life issues. Discover how you can use the power and effectiveness of Kaizen to achieve your goals, no matter what they might be.

**Building Mind Power** – Discover how you can go about changing your mindset and using your brain to its fullest potential to get anything in life.

**Living an Empowered Life** – How to unlock your true potential to reach your goals & become the best version of yourself to live your life to the fullest?

**Success Mindset** – You need to change your mindset to redefine you. Learn how to condition your mind for success in all aspects of your life.

**Warrior Mindset** – Discover how to develop the bulletproof mindset of a fearless warrior and become unstoppable in every aspect of your life.

And much more....



Keep in mind that this these industries are all very *fast moving* and that the content will *change* over time. When a method becomes outdated or no longer relevant, it will be removed and in most cases replaced with updated content.

The digital products are spread throughout the various product levels.



**Physical Products** - Along with your digital products that come with each level. You will also receive a physical product delivered to you. This is being done for 2 main reasons.

1. It makes our business model compliant with current regulations.
2. It's fun receiving things in the mail, especially when they are specifically for your business.



| | |
|---|---|
| | **Hermes** - A cool Back back to hold all the stuff you'll get when you join the other levels. |
| | **Athena** - A wireless charger so that you'll never not be connected to the matrix. |



| | |
|---|---|
| | **Apollo** – Wireless headphones so that you can look cool while listening to podcasts, Audible or music. |
| | **Poseidon** – Kindle Fire so that you can read more and use the headphones to look cool while listening to podcasts, audible or music. |
| | **Zeus** – A laptop. You would be surprised how many people still don't have one. |

# Qualification

The compensation plan for The Plutus Plan is based on what is called a 1-Up compensation plan.

Before any affiliate for Plutus Plan can earn commissions at any product level, they must first be qualified.

There are **2 ways** to get qualified.

1. A person can join as a **Free Affiliate**. There is no cost to join as a free affiliate. That affiliate must then generate 5 sales at any product level. Once 5 qualifying sales are made, that affiliate is now qualified to earn commissions on any future sales at that level. This is also being offered to make us compliant with current regulations.
2. A person can purchase a product package and make just one qualifying sale at any level. Once that qualifying sale has been made, that affiliate is now qualified to earn commissions on any future sales.

## BUYING PRODUCTS

**Plutus Plan operates 100% with cryptocurrency.** The only way that products can be bought or sold is through cryptocurrency.

Again, the types of cryptocurrency that are accepted are:

Bitcoin/BTC
Ethereum/ETH
Litecoin/LTC

Depending on when you are accessing the system, this list may be different and there may be more options for you.

Once you are an affiliate. You will have access to your own account within the system.

You will follow the instructions in the system and send your cryptocurrency to the wallet address as instructed. Once it has been confirmed on the blockchain, that amount minus a small transaction fee will show up in your internal Plutus Plan (wallet) in your profile.

You'll then use that cryptocurrency to buy your product, which will unlock your digital product and give you access. You'll also receive notification that your physical product has been ordered and shipped.


**Daily Payouts**

Payouts for products that you sell are made **Daily**. Simply request the payout for a sale that you have made from within your profile and you will receive the payment within 24 hours of when the sale was made and the transaction was confirmed on the blockchain. **The payout will be sent in the same cryptocurrency that was used to make the purchase.**

This is the most compliant and secure way to conduct this business. It allows us to use cryptocurrency and prevents members from making special deals that devalue the program.

**1 Up – Compensation structure**



Here is how this plan works.

Let's use the (Athena) $8500 product level in this example.

Let's say that you joined this business and you decided to start at the $8500 level. You also decided that you wanted to speed up the process, so you purchased the product and you are now considered a paid affiliate.

Then let's say that advertising has started for you and some people are showing interest. In this example, the first person who joins with the help of our sales team, also decides to start at the $8500 level. 60% of that first sale would pass up to your sponsor and 10% to their sponsor and now you are *qualified* to make sales at the $8500 level.

Now let's say that two more people decide to join the business and buy the franchise from you through our sales team.

Person number one decides to join at the $5000 level.
Person two decided to join at the $14500 level.

Here's what would happen.

For person number one, you would make (60%) $3000 when your sales team closes the sale for you. (10%) $500 would go to your sponsor.

For person 2, you would make (60%) of $8500 which is $5100, and (10%) $1450 passes to your sponsor if they are qualified at $14,500. The remainder would also pass up to the next person above you in the compensation plan that is qualified to the $14,500 level. That is why you should consider getting qualified to the top level.

Once you are qualified at the top level, you would then never miss a commission on any level.

Although 99% of the affiliates use the sales team. If you decide to, you do have the option of closing your own sales and receiving 80% rather than 60% of the commissions

**Done For You Sales Funnel**

Plutus Plan comes with a done for you sales funnel that is completely free of charge. Most of you will have reached this information through the sales funnel, but for those of you that haven't, the **official** sales funnel for Plutus Plan is www.OPMWealth.com

You can go to that website and register for free.  The only limitation is that in order to use the **official** sales funnel, you have to purchase traffic/advertising from admin. This is simply to ensure that we are not using any shady or black hat marketing strategies that could jeopardize the entire program.

**Done For You Closing Team**

In addition to the sales funnel, we also provide and high level closing team for you. When you purchase advertising/traffic for the sales funnel, your funnel link will be placed into a rotator. Your leads will watch the presentation and those that are interested will schedule an appointment for a phone call.
The phone call will be with one of our team of closers. When they close the sale for you, you will receive 60% of the commission.

You will receive access to a google spreadsheet where each call that is made for you is tracked. **You'll get to see what's happening with your leads on a daily basis.**

If you have questions or are unsure about anything, then you  can always ask a question through the website.

Thanks for taking the time to go over this document. If you haven't already, hopefully you will join us in building out this project which we are confident will help many people achieve levels of financial success that they have been missing up until now.

